# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>NIELSEN, WILLIAM F. | 2. Court or Organization<br><br>USDC, ED OF WA | 3. Date of Report<br><br>04/08/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>JUDGE, SENIOR | 5a. Report Type (check appropriate type)<br><br>☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>**to**<br>12/31/2018 |
| 7. Chambers or Office Address<br><br>POST OFFICE BOX 1493<br>SPOKANE, WASHINGTON 99210-1493 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Spokane YMCA Endowment Committee |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 04/08/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **NIELSEN, WILLIAM F.** | 04/08/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 04/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. WFN SP WOLF | | | | | | | | | |
| 2. Cash KMS | A | Interest | J | T | | | | | |
| 3. Auto Data Proc. Com | B | Dividend | M | T | | | | | |
| 4. Berkshire Hath | | None | O | T | | | | | |
| 5. Eaton | B | Dividend | L | T | | | | | |
| 6. Home Depot | C | Dividend | M | T | | | | | |
| 7. Honeywell Intl | C | Dividend | M | T | | | | | |
| 8. Illinois Tool Wks | A | Dividend | L | T | | | | | |
| 9. Intel Com | B | Dividend | L | T | | | | | |
| 10. Intuitive Surg | | None | M | T | | | | | |
| 11. Johnson & Johnson Com | B | Dividend | L | T | | | | | |
| 12. Stryker | A | Dividend | | | Sold | 11/19/18 | L | | |
| 13. | | | | | | | | | |
| 14. WFN SP | | | | | | | | | |
| 15. Cash--First Interstate Bank (buyout of NW Bancorp) | A | Interest | J | T | | | | | |
| 16. Cash--Wash. Trust Bank | A | Interest | J | T | | | | | |
| 17. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 04/08/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | WFN SP83 | | | | | | | | | |
| 19. | Alcoa | | None | | | Sold | 01/24/18 | J | B | |
| 20. | Ameriprise Finc | A | Dividend | J | T | | | | | |
| 21. | Apple | A | Dividend | K | T | | | | | |
| 22. | Arconic | A | Dividend | J | T | | | | | |
| 23. | Berk Hathwy Com | | None | N | T | | | | | |
| 24. | Caterpillar | A | Dividend | J | T | | | | | |
| 25. | Chicago Bridge (overlooked sale in 2017 Rept.) no longer reportable | A | Dividend | | | Sold | 12/28/17 | K | | |
| 26. | Cisco | B | Dividend | K | T | | | | | |
| 27. | Coca Cola | B | Dividend | K | T | | | | | |
| 28. | Cognizant Tech | A | Dividend | K | T | | | | | |
| 29. | Colgate Com | C | Dividend | L | T | | | | | |
| 30. | Corning Inc. | A | Dividend | | | Sold | 06/13/18 | J | | |
| 31. | Cracker Barrell | A | Dividend | K | T | Buy | 06/13/18 | K | | |
| 32. | Cummins | A | Dividend | K | T | Buy | 10/17/18 | K | | |
| 33. | Cypress Semi | A | Dividend | K | T | | | | | |
| 34. | Danaher Corp. | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 04/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | Deere Corpo | A | Dividend | K | T | Buy | 08/28/18 | K | | |
| 36. | Disney Com | C | Dividend | M | T | | | | | |
| 37. | Eaton (duplicate of Line 5) no longer reportable | A | Dividend | K | T | | | | | |
| 38. | Encana Corp | A | Dividend | J | T | | | | | |
| 39. | First Interstate Bank (buyout of NW Bankcorp) | B | Dividend | L | T | | | | | |
| 40. | Fortive Corp | A | Dividend | J | T | | | | | |
| 41. | Home Depot | C | Dividend | M | T | | | | | |
| 42. | Illumina Inc. | | None | K | T | | | | | |
| 43. | International Paper | B | Dividend | K | T | | | | | |
| 44. | Johnson & Johnson | C | Dividend | M | T | | | | | |
| 45. | Magna Int'l | A | Dividend | K | T | | | | | |
| 46. | McDonalds Corp | A | Dividend | L | T | | | | | |
| 47. | McKesson Corp | A | Dividend | K | T | | | | | |
| 48. | Novo Nordisk ADR | A | Dividend | K | T | | | | | |
| 49. | NW Bancorp (now First Interstate Bank) no longer reportable | | None | K | T | | | | | |
| 50. | Oracle Corp. | A | Dividend | K | T | | | | | |
| 51. | Pfizer | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 04/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Proctor & Gamble Co. | B | Dividend | L | T | | | | | |
| 53. Resideo Tech | | None | J | T | Spinoff (from line 7) | 10/29/18 | J | | Honeywell Spinoff |
| 54. Royal Dutch Shell | B | Dividend | | | Sold | 04/19/18 | L | A | |
| 55. Schlum Berger | A | Dividend | | | Sold | 06/13/18 | J | | |
| 56. Spirit Aerosystems | A | Dividend | K | T | | | | | |
| 57. Starbuck's | A | Dividend | K | T | | | | | |
| 58. S.W. Airlines Com | B | Dividend | M | T | | | | | |
| 59. 'Synchrony Finl | B | Dividend | K | T | | | | | |
| 60. Taiwan Mfgr | A | Dividend | K | T | | | | | |
| 61. TJX Co., Inc. | A | Dividend | K | T | | | | | |
| 62. Target | A | Dividend | J | T | | | | | |
| 63. Tenneco | A | Dividend | J | T | Buy | 04/11/18 | K | | |
| 64. Tractor Supply | B | Dividend | L | T | | | | | |
| 65. Union Pacific | B | Dividend | L | T | | | | | |
| 66. Walgreen Co. | B | Dividend | L | T | | | | | |
| 67. Waters Corp. | | None | L | T | | | | | |
| 68. Wells Fargo & Co. | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 04/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Weyerhaeuser | A | Dividend | | | Sold | 11/19/18 | J | | |
| 70. Zimmer Biomet | A | Dividend | | | Sold | 04/16/18 | K | | |
| 71. | | | | | | | | | |
| 72. WFN SPDRSEA | | | | | | | | | |
| 73. Bank of America | A | Dividend | | | Donated | | | | |
| 74. Cash RBC Wealth Management | A | Interest | | | Closed | 02/28/18 | J | | |
| 75. Chevron Corp. | A | Dividend | | | Donated | | | | |
| 76. Dow Chem | A | Dividend | | | Donated | | | | |
| 77. Dollar Tree | | None | | | Donated | | | | |
| 78. Emerson Elec | A | Dividend | | | Donated | | | | |
| 79. Expedia | A | Dividend | | | Donated | | | | |
| 80. Hanes Brands Inc. | A | Dividend | | | Donated | | | | |
| 81. J.P. Morgan Chase | A | Dividend | | | Donated | | | | |
| 82. Norwegian Cruise Line | | None | | | Donated | | | | |
| 83. Oracle Corp Com | A | Dividend | | | Donated | | | | |
| 84. Paccar | A | Dividend | | | Donated | | | | |
| 85. Proctor & Gamble | B | Dividend | | | Donated | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 04/08/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. Starbucks | A | Dividend | | | Donated | | | | |
| 87. Tenneco | A | Dividend | | | Donated | | | | |
| 88. Vmware | | None | | | Donated | | | | |
| 89. Weyerhauser | A | Dividend | | | Donated | | | | |
| 90. Whirlpool | A | Dividend | | | Donated | | | | |
| 91. | | | | | | | | | |
| 92. MSN SP | | | | | | | | | |
| 93. Cash--Washington Trust Bank | A | Interest | J | T | | | | | |
| 94. R.W. Baird IRA Fund | B | Interest | M | T | | | | | |
| 95. Cash--Vanguard Account | A | Interest | L | T | | | | | |
| 96. Abbott Lab | A | Dividend | J | T | | | | | |
| 97. Alphabet | | None | L | T | | | | | |
| 98. Amazon | | None | M | T | | | | | |
| 99. Anheuser Busch | A | Dividend | J | T | | | | | |
| 100. Berkshire Hath | | None | M | T | | | | | |
| 101. Caterpillar | A | Dividend | K | T | | | | | |
| 102. Cisco | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| NIELSEN, WILLIAM F. | 04/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. Costco | A | Dividend | K | T | | | | | |
| 104. Cracker Barrell | A | Dividend | K | T | Buy | 06/18/18 | K | | |
| 105. CSX | A | Dividend | K | T | | | | | |
| 106. Cyprus Semi | A | Dividend | J | T | | | | | |
| 107. Emerson Elec | A | Dividend | K | T | | | | | |
| 108. Exxon | A | Dividend | J | T | | | | | |
| 109. Hanes Brand | A | Dividend | | | Sold | 03/22/18 | J | | |
| 110. Home Depot | A | Dividend | M | T | | | | | |
| 111. Intel Corp. | A | Dividend | K | T | | | | | |
| 112. Johnson-Johnson | B | Dividend | K | T | | | | | |
| 113. JP Morgan | A | Dividend | K | T | | | | | |
| 114. Lockheed | A | Dividend | K | T | | | | | |
| 115. McKesson | A | Dividend | K | T | | | | | |
| 116. Medtronic | A | Dividend | K | T | | | | | |
| 117. Mondeleze Intl | A | Dividend | K | T | | | | | |
| 118. Nielsen Holdings | A | Dividend | | | Sold | 01/01/18 | J | | |
| 119. Proctor & Gamble | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **NIELSEN, WILLIAM F.** | 04/08/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Qualcomm | B | Dividend | K | T | | | | | |
| 121.  Schlumberger | A | Dividend | J | T | | | | | |
| 122.  Southwest Airlines | A | Dividend | J | T | | | | | |
| 123.  Starbucks | A | Dividend | K | T | | | | | |
| 124.  Stryker | A | Dividend | K | T | | | | | |
| 125.  Verizon | A | Dividend | K | T | | | | | |
| 126.  Walgreen | A | Dividend | K | T | | | | | |
| 127.  Waste Mgmt | A | Dividend | K | T | | | | | |
| 128.  Weyerhauser | A | Dividend | J | T | | | | | |
| 129. | | | | | | | | | |
| 130.  Cash-Washington Trust Bank 4226 | A | Interest | J | T | | | | | |
| 131.  RW Baird Fund | B | Dividend | M | T | | | | | |
| 132.  Vanguard Funds-Extended Mkt VXF | A | Dividend | K | T | | | | | |
| 133.  Vanguard Funds-Large Cap VV | A | Dividend | J | T | | | | | |
| 134.  Vanguard Funds-Mega Cap Growth MGK | A | Dividend | K | T | | | | | |
| 135.  Vanguard Funds-S&P 500 VOO | A | Dividend | K | T | | | | | |
| 136.  Vanguard VWLUX | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 04/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. Vanguard Funds-Small Cap Value VBR | A | Dividend | J | T | | | | | |
| 138. Vanguard Funds-Total Stock Mkt VTI | A | Dividend | K | T | | | | | |
| 139. Vanguard Intl VTIAX | A | Dividend | L | T | | | | | |
| 140. Vanguard Funds-Value VTV | A | Dividend | J | T | | | | | |
| 141. Vanguard VLMTX | A | Dividend | K | T | Buy | 11/20/18 | K | | |
| 142. Vanguard VWLUX (duplicate of Line 137) no longer reportable | A | Dividend | K | T | | | | | |
| 143. Apple | A | Dividend | L | T | | | | | |
| 144. Illumina | | None | K | T | | | | | |
| 145. International Paper | A | Dividend | K | T | | | | | |
| 146. Johnson Control | A | Dividend | K | T | | | | | |
| 147. Microsoft | A | Dividend | K | T | | | | | |
| 148. Old Dominion Frt | | None | J | T | | | | | |
| 149. Sherwin Williams | A | Dividend | K | T | | | | | |
| 150. Syncrony Fin | A | Dividend | J | T | | | | | |
| 151. UPS | A | Dividend | J | T | | | | | |
| 152. Whirlpool | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 04/08/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII explanations:

Line 15, Cash--First Interstate Bank, and Line 39, First Interstate Bank: Buyout of NW Bancorp (Line 50).

Line 25, Chicago Bridge: Sold in 2017, overlooked in 2017 Annual Report and no longer reportable.

Line 37, Eaton, Duplicate of Line5, no longer reportable.

Line 50, NW Bancorp, no longer reportable due Buyout by First Interstate Bank (see Lines 15 and 39).

Line 143, Vanguard VWLUX, duplicate of Line 137, no longer reportable.


2018 Amended Report:

*Line 95, Overlooked in 2017 Annual Report.

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 04/08/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ WILLIAM F. NIELSEN**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544